**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
SVETLANA KHANIMOVA, individually and as parent
and natural guardian of Y.N.,

                              Plaintiff,
     -against-                                                    23 **CIVIL** 4124 (JPO)

                                                                       **JUDGMENT**

DAVID C. BANKS, in his official capacity as Chancellor
of the New York City Department of Education, et al.,

                              Defendants.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 9, 2024, Plaintiff's motion for summary judgment is DENIED and Defendants' cross-motion for summary judgment is GRANTED. Judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:** New York, New York
       May 9, 2024

                                                    **RUBY J. KRAJICK**
                                                       **Clerk of Court**

                             **BY:**       *K. Mango*

                                                       **Deputy Clerk**